**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6818**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CORNELL CRAWFORD,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-94-286-S, CA-96-1181-S)

---

Submitted: January 23, 1997          Decided: January 31, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Cornell Crawford, Appellant Pro Se. Maury S. Epner, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] United States v. Crawford, Nos. CR-94-286-S, CA-96-1181-S (D. Md. Apr. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Appellant's motion to expedite is now moot and is dismissed for that reason.